782 A.2d 996

COMMONWEALTH of Pennsylvania, Appellant,

v.

Terry L. SHAFFER, Appellee.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1999.

Decided Oct. 18, 2001.

H. Stanley Rebert, District Attorney, Timothy J. Barker, Deputy Prosecutor, Office of the District Attorney, for Com.

Victor A. Neubaum, York, Malone & Neubaum, for Terry L. Shaffer.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 18th day of October, 2001, the order of the Superior Court is hereby affirmed. *See Commonwealth v. Shaw,* 564 Pa. 617, 770 A.2d 295 (2001).

Mr. Justice Castille dissents on the basis of his dissenting opinion in *Commonwealth v. Shaw,* 564 Pa. 617, 770 A.2d 295 (2001).